JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 7 2006

FILED
CLERK'S OFFICE

C06-73
C 06-2045

REC'D AUG 28 2006

## DOCKET NO. 1742

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-16)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 133 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>AUG 2 3 2006<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |
|---|

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-16 - TAG-ALONG ACTIONS
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

REC'D AUG 28 2006

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **IOWA NORTHERN** | |
| IAN 1 06-73 | Michele Tiefel, et al. v. Johnson & Johnson, et al. |
| IAN 6 06-2045 | Linda Delegardelle v. Johnson & Johnson, et al. |
| **MINNESOTA** | |
| MN 0 06-2736 | Jose Hernandez, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **NEW JERSEY** | |
| NJ 2 06-2905 | Tasha Hemphill v. Johnson & Johnson, et al. |
| NJ 2 06-2906 | Aubry Pino, et al. v. Johnson & Johnson, et al. |
| NJ 2 06-2909 | Loraine Martinez Adorno, et al. v. Johnson & Johnson, et al. |
| NJ 2 06-2910 | Jessica Rene Gage v. Johnson & Johnson, et al. |
| NJ 2 06-2911 | India Dawnise Bruce v. Johnson & Johnson, et al. |
| **NEW YORK EASTERN** | |
| NYE 1 06-3317 | Amy Nichole Stevens v. Ortho-McNeil Pharmaceutical, Inc., et al. |
| **OHIO SOUTHERN** | |
| OHS 2 06-427 | Marion Roberts v. Johnson & Johnson, et al. |
| OHS 2 06-493 | Jody German v. Johnson & Johnson, et al. |
| OHS 3 06-166 | Victoria Hatfield v. Johnson & Johnson, et al. |
| **TEXAS EASTERN** | |
| TXE 5 06-137 | Denise Clover v. Johnson & Johnson, Inc., et al. |
| **TEXAS NORTHERN** | |
| TXN 3 06-1211 | Daniel Woodruff, etc. v. Johnson & Johnson, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-16)
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

REC'D AUG 28 2006

Janet G. Abaray
Lopez, Hodes, Restaino, Milman & Skikos
312 Walnut Street
Suite 2090
Cincinnati, OH 45202

Melissa J. Bellan
Carmody & James
3500 Oak Lawn
Suite 640
Dallas, TX 75219

George Kevin Buchanan
Buchanan & Burke
5910 N. Central Expressway
Suite 200
Dallas, TX 75206

Julie A. Callsen
Tucker Ellis & West, LLP
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Joseph M. Crosby
Crosby Law Firm
952 Grand Avenue
St. Paul, MN 55105

Michael K. Johnson
Goldenberg & Johnson, PLLC
33 South 6th Street
Suite 4530
Minneapolis, MN 55402

Mark E. Liabo
Tom Riley Law Firm
4040 First Avenue, NE
P.O. Box 998
Cedar Rapids, IA 52406-0998

Michael A. London
Douglas & London, P.C.
111 John Street
14th Floor
New York, NY 10038

Melanie H. Muhlstock
Parker & Waichman, LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Shelly A. Sanford
Goforth Lewis Sanford, LLP
1111 Bagby
Suite 2200
Houston, TX 77002

Richard W. Schulte
Botros, Behnke & Schulte, LLC
5785 Far Hills Avenue
Dayton, OH 45429

Susan M. Sharko
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

John Allan Smalley
Dyer, Garafalo, Mann & Schultz
131 North Ludlow Street
Suite 1400
Dayton, OH 45402

# INVOLVED JUDGES LIST (CTO-16)
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Nina Gershon
U.S. District Judge
1429 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Katharine S. Hayden
U.S. District Judge
311 U.S. Post Office & Courthouse
P. O. Box 999
Newark, NJ 07101-0999

Hon. Barbara M.G. Lynn
U.S. District Judge
15E26 Earle Cabell Federal Building & U. S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Algenon L. Marbley
U.S. District Judge
319 Joseph P. Kinneary U.S. Crthse.
85 Marconi Boulevard
Columbus, OH 43215-2835

Hon. Linda R. Reade
U.S. District Judge
304 Federal Building and U.S. Courthouse
101 First Street, S.E.
Cedar Rapids, IA 52401-1202

Hon. Thomas M. Rose
U.S. District Judge
910 U.S. Courthouse
200 West Second Street
Dayton, OH 45402

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

## INVOLVED CLERKS LIST (CTO-16)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

David J. Maland, Clerk
U.S. District Court
301 U.S. Courthouse and Post Office Building
500 North State Line Avenue
Texarkana, TX 75501

James Bonini, Clerk
260 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James Bonini, Clerk
P.O. Box 970
Mid City Station
Dayton, OH 45402

James D. Hodges, Jr., Clerk
101 First Street SE
Cedar Rapids, IA 52401

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

REC'D AUG 28 2006

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

August 23, 2006

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Re: MDL-1742 -- In re Ortho Evra Products Liability Litigation

(See Attached CTO-16)

Dear Ms. Smith:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 7, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc: Transferee Judge: Judge David A. Katz
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: (See Attached List of Clerks)

JPML Form 36